IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SAMUEL WILLIAMS,            )
also known as Samuel        )
Williams El,                )
                            )
    Plaintiff,              )
                            )    CIVIL ACTION NO.
    v.                      )      2:14cv1087-MHT
                            )          (WO)
CHAPLAIN STEVEN SMITH,      )
                            )
    Defendant.              )
```

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 4) is adopted.

(2) This lawsuit is dismissed without prejudice.

It is further ORDERED that no costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of December, 2014.

                                        /s/ Myron H. Thompson  
                                   **UNITED STATES DISTRICT JUDGE**